FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

11/13/17 4:42:45 PM

KEITH E. HOTTLE
CLERK

# NOTIFICATION OF LATE RECORD

Court of Appeals No., if known: ___04-17-00618-CV___

Trial Court Style: ___Bonnette vs Bonnette___

Trial Court No.: ___2015-CI-11930___

I am the official responsible for preparing the clerk's record (reporter's record) [circle one] in the above-referenced appeal. The approximate date of trial was: ___May 9,10, Sept 19,21,2017___
The record was originally due: ___Oct 11, 2017___
I anticipate the length of the record to be: ___250 pages___

I am unable to file the record by the date such record is due because [check one]:

[X] the appellant is not entitled to appeal without paying the fee, and the appellant has failed to pay the fee or make arrangements to pay the fee for preparing such record.

[ ] my other duties or activities preclude working on the record and include the following [attach additional pages if needed]: _____

_____

[ ] Other. Explain [attach additional pages if needed]: _____

_____

I anticipate the record will be completed by: ___Not applicable___

I, as the undersigned court official, certify that a copy of this Notification of Late Record has been served by first class mail or fax to the parties to the judgment or order being appealed.

Signature: ___Kayleen Rivera___

Printed Name: ___Kayleen Rivera___

Title: ___Court Reporter___

Date: ___11-13-17___

**Acknowledgment**
(To be completed by notary or court clerk)

State of Texas §
County of _____ §

Before me, the undersigned authority, on this day personally appeared _____, known to me to be the person who name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the reasons expressed therein.

Signature: _____

Printed Name: _____

Date: _____
Seal: